UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David J. Ball,

    Plaintiff,

    v.

State of Ohio, *et al.*,

    Defendants.

Case No. 2:20–cv–1759

Judge Michael H. Watson

Chief Magistrate Judge Deavers

## ORDER

On April 23, 2020, Chief Magistrate Judge Deavers issued an order and initial screen report and recommendation ("R&R") recommending that this case be dismissed without prejudice.  ECF No. 4.

Plaintiff was notified of his right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1).  *Id.* at 7.  Chief Magistrate Judge Deavers also specifically advised Plaintiff that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R.  *Id.* at 8.

The deadline for filing such objections has passed, and no objections were filed.  Having received no objections, the R&R is **ADOPTED**.  This case is **DISMISSED WITHOUT PREJUDCE**.  The Clerk shall **TERMINATE** this case.

**IT IS SO ORDERED.**

                                  */s/ Michael H. Watson*
                                  MICHAEL H. WATSON, JUDGE
                                  UNITED STATES DISTRICT COURT